Argued and submitted January 29, affirmed March 20, 2003

## TERRENCE JASON SCHEHEN,
*Appellant,*

*v.*

## Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

## 00C-16025; A115839

66 P3d 540

Michael E. Rose argued the cause for appellant. With him on the brief was Steenson, Schumann, Tewksbury & Rose, P.C.

Ryan Kahn, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Kistler, Judge.

PER CURIAM

Affirmed. *Smart v. Maass,* 148 Or App 431, 435, 939 P2d 1184, *rev den,* 326 Or 62 (1997).